IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| BRENDA K. MONK, )<br>*(Violet Ann Monk, child)* )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Case No. 4:06-CV-00073<br><br>**ORDER**<br><br>By: Jackson L. Kiser<br>Senior United States District Judge |

Before me is the *Report and Recommendation* [18] of the United States Magistrate Judge and the Defendant's *Objections to the Magistrate Judge's Report and Recommendation* [19]. For the reasons stated in the accompanying *Memorandum Opinion*, it is hereby **ORDERED** that the Magistrate Judge's *Report and Recommendation* is **ADOPTED** and the Defendant's *Objections* are **OVERRULED**. Having considered matters outside the pleadings, I construe the Commissioner's *Motion to Dismiss* [9] as a motion for summary judgment and hereby **GRANT** that motion. This case will be **DISMISSED** from the docket of this Court.

The Clerk is directed to send certified copies of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record.

Entered this 3rd day of July, 2007.

s/Jackson L. Kiser
Senior United States District Judge